IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ESTATE OF MALCOLM J. BRYANT,<br>    *Plaintiff*<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, *et al.*<br>    *Defendants.* | Civil Action No. ELH-19-384 |

**ORDER**

The Court has reviewed plaintiff's "Motion To Set A Date Certain For Compliance With Plaintiff's Subpoena To The Baltimore City State's Attorney's Office" (ECF 63) and the defendant's response (ECF 66). It is, this 12th day of June, 2020 by the United States District Court for the District of Maryland, ORDERED:

1) The Motion (ECF 63) is GRANTED;

2) Defendant shall produce non-privileged documents by August 10, 2020, and a privilege log by September 11, 2020; and

3) In view of the difficulties related to scheduling because of the COVID-19 pandemic, the Scheduling Order (ECF 56) is hereby modified as follows:

I. DEADLINES

| | |
|---|---|
| July 1, 2020: | Moving for joinder of additional parties and amendment of pleadings |
| October 23, 2020: | Plaintiff's Rule 26(a)(2) disclosures |
| November 6, 2020: | Defendant's Rule 26(a)(2) disclosures |
| December 4, 2020: | Rule 26(e) supplementation of disclosure and responses |

| | |
|---|---|
| December 11, 2020: | Discovery deadline; submission of status report |
| January 4, 2021: | Requests for admission |
| January 22, 2021: | Dispositive pretrial motion deadline |
| February 22, 2021: | Opposition/Cross Motion (if any) |

4) The parties shall submit a status report, jointly if possible, by **August 20, 2020**, updating the Court on the status of discovery.

                                                                   /s/
                                                Ellen Lipton Hollander
                                                United States District Judge