# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

THE ESTATE OF MALCOLM J. BRYANT,

    Plaintiff,

v.

BALTIMORE POLICE DEPARTMENT, *et al.*,

    Defendants.

Civil Action No. ELH-19-384

## **AMENDED SCHEDULING ORDER**

Upon consideration of the parties' proposed amended schedule, the Court hereby adopts this Joint Proposed Amended Scheduling Order:

| | |
|---|---|
| Fact Discovery ordered closed by: | February 1, 2021 |
| Plaintiff's Rule 26(a)(2) disclosures by: | February 26, 2021 |
| Defendant's Rule 26(a)(2) disclosures by: | March 26, 2021 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures by: | April 23, 2021 |
| Rule 26(e)(2) supplementation of disclosures and responses by: | May 14, 2021 |
| Expert discovery deadline; submission of status report by: | May 21, 2021 |
| Requests for admission by: | May 28, 2021 |
| Dispositive pretrial motions deadline: | June 18, 2021 |
| Opposition/Cross Motion (if any): | July 16, 2021 |

Dated: September 14, 2020

_____
Deborah L. Boardman
United States Magistrate Judge