BROWN GOLDSTEIN LEVY

December 9, 2020

**BY ECF**
Hon. Deborah L. Boardman
United States District Court
101 West Lombard Street, 3C
Baltimore, Maryland 21201

      Re:    *The Estate of Malcolm J. Bryant v. Baltimore City Police Dep't, et al.*,
              No. 1:19-cv-00384-ELH

Dear Judge Boardman:

      Pursuant to your Letter Order of July 3, 2020 (ECF No. 81), we write regarding a discovery dispute that the parties have been unable to resolve despite good-faith efforts to do so.

      The parties have a dispute about the number of fact depositions permitted and scheduling same. Each side will submit its own position paper to articulate the nature of the dispute and its relative position.

      The parties met and conferred telephonically regarding this dispute on October 26, 2020, and December 3, 2020, and have also exchanged emails on the issue, but they have been unable to agree to a resolution.

      Respectfully,

| /s/ | /s/ |
|---|---|
| Nick Brustin (*Pro hac vice*) | Avi T. Kamionski, Bar No. 20703 |
| Anna Benvenutti Hoffmann (*Pro hac vice*) | Shneur Nathan, Bar No. 20707 |
| Amelia Green (*Pro hac vice*) | Theresa Concepcion, Bar No. 21143 |
| Yasmin Dagne (*Pro hac vice*) | Matthew J. McCarter, Bar No. 21032 |
| Neufeld Scheck & Brustin, LLP | Nathan & Kamionski LLP |
| 99 Hudson Street, 8th Floor | 201 N. Charles Street Suite 1202 |
| New York, NY 10013 | Baltimore, MD 21202 |
| nick@nsbcivilrights.com | T: (312)612-1955/F: (952)658-3011 |
| anna@nsbcivilrights.com | snathan@nklawllp.com |
| amelia@nsbcivilrights.com | akamionski@nklawllp.com |
| T: (212) 965-9081/ F: (212) 965-9084 | |
| | *Attorneys for Defendants William Ritz and Barry Verger* |
| Joshua R. Treem (Bar No. 00037) | |
| Jean Zachariasiewicz (Bar No. 19734) | |
| Chelsea J. Crawford (Bar No. 19155) | |
| Anisha S. Queen (Bar No. 20766) | |

**BROWN GOLDSTEIN LEVY LLP**                              **NATHAN & KAMIONSKI LLP**

**NEUFELD SCHECK & BRUSTIN, LLP**

Hon. Deborah L. Boardman
December 9, 2020
Page 2

---

Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201
jtreem@browngold.com
jmz@browngold.com
ccrawford@browngold.com
T: (410) 962-1030/ F: (410) 385-0869

*Attorneys for Plaintiff*