# EXHIBIT 2

**From:** Shiff, Wendy <wshiff@oag.state.md.us>
**Sent:** Thursday, January 28, 2021 11:25 AM
**To:** Avi Kamionski; nick
**Cc:** Yasmin Dagne; Amato, Natalie (BPD); Anisha Queen
**Subject:** Lauren Lipscomb's deposition in Estate of Bryant

**SECURITY ALERT:** This email is from an external source.

Gentlemen—
On Tuesday I sent you an email seeking your agreement that the deposition of Lauren Lipscomb would be 3.5 hours and that we could start at 9:00 a.m. and be finished by 1:00 p.m. with two fifteen minute breaks. We could also start at 9:30 a.m. and be finished by 1:30 p.m. with two fifteen minute breaks. I have not had a response.
Please let me know your thoughts today so that I can file any necessary paperwork tomorrow (might necessitate a postponement of the deposition).
Appreciate your courtesy.
Thanks,
Wendy



Wendy L. Shiff
*Assistant Attorney General*
**Office of the Attorney General**
Civil Litigation Division
200 Saint Paul Place
Baltimore, Maryland 21202
p: 410-576-6996 | m:  443-610-0228
wshiff@oag.state.md.us
www.marylandattorneygeneral.gov

The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.