# EXHIBIT 3

| | |
|---|---|
| **From:** | Amelia Green <amelia@nsbcivilrights.com> |
| **Sent:** | Monday, February 8, 2021 7:20 PM |
| **To:** | Shiff, Wendy |
| **Cc:** | Avi Kamionski; nick; Anisha Queen; Yasmin Dagne; Jahne Brown; Anna Benvenutti Hoffmann; Jean M. Zachariasiewicz; Natalie Amato; Kara Lynch; Shneur Nathan; Theresa Concepcion; Matthew Mc Carter; Jasmine England-Caesar |
| **Subject:** | Re: Deposition of Lauren Lipscomb--Estate of Bryant |
| **Attachments:** | Bryant_DE 81 Informal Discovery Dispute Procedure.pdf |

**SECURITY ALERT:** This email is from an external source.

Hi Wendy,
In follow-up to our conversation earlier today, Plaintiff is not willing to limit Ms. Lipscomb's deposition to 3.5 hours (1 hour and 45 minutes per side) and waive the ability to use any additional time for questioning. Ms. Lipscomb is a key witness in this case and the presumption under the federal rules is 7 hours (which will need to be split among the parties). It is very hard to predict in advance how long a deposition will take and how long a deposition lasts often depends on the witness' memory and preparedness, which we will not know until the day of the deposition (for example, if we need to show Ms. Lipscomb several documents to refresh her recollection that may extend the questioning in a manner we cannot predict in advance). I also cannot predict what follow up questioning may be needed in light of defendants' questioning. As I noted on the call today, Plaintiff's counsel would be willing to schedule the deposition for a half day initially to try and complete the deposition in that time and, only if necessary, schedule a second deposition day if more time is needed. We are also willing to schedule the deposition in a manner that accommodates any childcare concerns--such as over the course of multiple days or during hours most convenient for Ms. Lipscomb. I understand, however, it is your client's position that you are not willing to have the deposition go beyond a single day (rather than splitting the deposition over 2 days to accomodate a more flexible schedule) and also that you will not go forward with the deposition unless we agree to limit the time on the record in advance. In light of all of this, I suggest bringing the dispute to the court for resolution this week. Attached is Judge Boardman's order in this case regarding informal resolution of discovery disputes. Although Ms. Lipscomb is a third party, I suggest we follow this procedure (1-page joint letter to the court followed by 2-page brief from each side within 24 hours), but let me know if anyone disagrees.
Thanks,
Amelia


On Wed, Feb 3, 2021 at 11:22 AM Amelia Green <amelia@nsbcivilrights.com> wrote:
> Sure, we can use the below conference line for our call Monday at 3pm ET.
>
> Dial-in number: 917-781-0813 Extension number: 1045 Guest pin: 0123
>
> On Wed, Feb 3, 2021 at 11:21 AM Shiff, Wendy <wshiff@oag.state.md.us> wrote:
>
>> Monday at 3 p.m. is good.
>>
>> Amelia—do you want to set up the conference call?  Thanks.

Wendy L. Shiff

Assistant Attorney General

Civil Litigation Division

Office of Attorney General

200 St. Paul Place, 20th Floor

Baltimore, Maryland  21202

(410) 576-6996

(410) 576-6955 (fax)

(443) 610-0228 (mobile)

wshiff@oag.state.md.us

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Avi Kamionski <akamionski@nklawllp.com>
**Sent:** Wednesday, February 3, 2021 11:17 AM
**To:** Amelia Green <amelia@nsbcivilrights.com>
**Cc:** Shiff, Wendy <wshiff@oag.state.md.us>; Nick Brustin <nick@nsbcivilrights.com>; Anisha Queen <aqueen@browngold.com>; Yasmin Dagne <yasmin@nsbcivilrights.com>; Jahne Brown <jahne@nsbcivilrights.com>; Anna Benvenutti Hoffmann <anna@nsbcivilrights.com>; Jean M. Zachariasiewicz <jmz@browngold.com>; Natalie Amato <Natalie.Amato@baltimorecity.gov>; Kara Lynch <kara.lynch@baltimorepolice.org>; Shneur Nathan <snathan@nklawllp.com>; Theresa Concepcion <tconcepcion@nklawllp.com>; Matthew Mc Carter <Mmccarter@nklawllp.com>; Jasmine England-Caesar <jasmine@nklawllp.com>
**Subject:** Re: Deposition of Lauren Lipscomb--Estate of Bryant

I have a deposition tomorrow, but Monday at 3pm EST works for me.

Avi T. Kamionski
Nathan & Kamionski LLP

33 W. Monroe, Suite 1830

Chicago, IL 60603

312-612-1928

akamionski@nklawllp.com

www.nklawllp.com

Chicago - Baltimore - New York

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

> On Feb 3, 2021, at 6:08 PM, Amelia Green <amelia@nsbcivilrights.com> wrote:
>
> Hi Wendy, I am available anytime tomorrow before 12:30pm and also anytime on Monday. Counsel for individual defendants -- what works for you?
>
>> On Wed, Feb 3, 2021 at 10:08 AM Shiff, Wendy <wshiff@oag.state.md.us> wrote:
>>
>> Hi Amelia,
>>
>> I appreciate your prompt response.
>>
>> I have raised this issue previously. I apologize that you were not included in those email.
>>
>> I had hoped to resolve this issue without court intervention, but I inferred from your prior email that we could not.
>>
>> I am happy to discuss with you before filing my motion. I am available tomorrow until 2:00 p.m.
>>
>> I am also available all day Monday. Please let me know your preference.
>>
>> Thank you,
>>
>> Wendy

3

Wendy L. Shiff

Assistant Attorney General

Civil Litigation Division

Office of Attorney General

200 St. Paul Place, 20th Floor

Baltimore, Maryland  21202

(410) 576-6996

(410) 576-6955 (fax)

(443) 610-0228 (mobile)

wshiff@oag.state.md.us

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Amelia Green <amelia@nsbcivilrights.com>
**Sent:** Wednesday, February 3, 2021 10:02 AM
**To:** Shiff, Wendy <wshiff@oag.state.md.us>
**Cc:** Nick Brustin <nick@nsbcivilrights.com>; Avi Kamionski <akamionski@nklawllp.com>; Anisha Queen <aqueen@browngold.com>; Yasmin Dagne <yasmin@nsbcivilrights.com>; Jahne Brown <jahne@nsbcivilrights.com>; Anna Benvenutti Hoffmann <anna@nsbcivilrights.com>; Jean M. Zachariasiewicz <jmz@browngold.com>; Natalie Amato <Natalie.Amato@baltimorecity.gov>; Kara Lynch <kara.lynch@baltimorepolice.org>
**Subject:** Re: Deposition of Lauren Lipscomb--Estate of Bryant

Hi Wendy -- I recognize I may have been inadvertently left off of prior email chains on this deposition, but this is the first time that I am being made aware of you raising these specific concerns regarding the deposition. It is my understanding we are obligated to meet and confer before bringing a dispute of this nature to the court. It probably makes sense to have a meet and confer call, including counsel

4

for all parties, to discuss? I think there are a variety of potential solutions to accommodate some of the concerns you raise.

Thanks,
Amelia

On Wed, Feb 3, 2021 at 9:53 AM Shiff, Wendy <wshiff@oag.state.md.us> wrote:

> Hi Amelia,
>
> Thanks for your response.
>
> Unfortunately, I have obligations for all or part of each of those days that cannot be moved.
>
> Also, Ms. Lipscomb has scheduling issues related to her children's school schedules that create difficulties in scheduling a 7 hour deposition.
>
> As you know, a 7 hour deposition requires reserving 8-10 hours (since breaks are not included in the time).
>
> Since we are unable to resolve the dispute, we will seek a protective order from Judge Boardman asking her to limit the time of the deposition.
>
> Our reasons will be based on necessity, scheduling issues and the demand on Ms. Lipscomb's time due to the multiple requests for her depositions in these cases (I know you are not handling all of them, but every minute Ms. Lipscomb spends in deposition, she is not able to do her job).
>
> Once the court resolves this issue, we will reschedule.
>
> I anticipate filing the Motion for Protective Order no later than Monday.
>
> Wendy
>
>
>
> Wendy L. Shiff
>
> Assistant Attorney General
>
> Civil Litigation Division
>
> Office of Attorney General
>
> 200 St. Paul Place, 20th Floor

5

Baltimore, Maryland 21202

(410) 576-6996

(410) 576-6955 (fax)

(443) 610-0228 (mobile)

wshiff@oag.state.md.us


LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.



**From:** Amelia Green <amelia@nsbcivilrights.com>
**Sent:** Tuesday, February 2, 2021 7:36 PM
**To:** Shiff, Wendy <wshiff@oag.state.md.us>
**Cc:** Nick Brustin <nick@nsbcivilrights.com>; Avi Kamionski <akamionski@nklawllp.com>; Anisha Queen <aqueen@browngold.com>; Yasmin Dagne <yasmin@nsbcivilrights.com>; Jahne Brown <jahne@nsbcivilrights.com>; Anna Benvenutti Hoffmann <anna@nsbcivilrights.com>; Jean M. Zachariasiewicz <jmz@browngold.com>; Natalie Amato <Natalie.Amato@baltimorecity.gov>; Kara Lynch <kara.lynch@baltimorepolice.org>
**Subject:** Re: Deposition of Lauren Lipscomb--Estate of Bryant


Hi Wendy,

From plaintiff's side, I am available for rescheduling the deposition on any of the following dates this month: Feb 18, 19, 24, 25, or 26


Ms. Shiff, please note that we will need to pick a date where Ms. Lipscomb is available to sit for a full day of questioning (although its possible, and even likely, the deposition will not go the entire day), as both sides have questioning for Ms. Lipscomb.


On Mon, Feb 1, 2021 at 3:06 PM Shiff, Wendy <wshiff@oag.state.md.us> wrote:

6

Counsel—

For multiple reasons, including a change to Ms. Lipscomb's child's school schedule, we need to reschedule her deposition.

I apologize for the inconvenience.

Please let me know your availability and I will check with her for a new date.

Thank you,

Wendy



Wendy L. Shiff
*Assistant Attorney General*
**Office of the Attorney General**
Civil Litigation Division
200 Saint Paul Place
Baltimore, Maryland 21202
p: 410-576-6996 | m: 443-610-0228
wshiff@oag.state.md.us
www.marylandattorneygeneral.gov

The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

--

Amelia Green
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com

--

Amelia Green
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com

--

Amelia Green
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com

--
Amelia Green
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com

--
Amelia Green
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com

8