**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| THE ESTATE OF MALCOLM J. BRYANT, <br><br> Plaintiff, <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT, *et al.*, <br><br> Defendants. | Civil Action No. ELH-19-00384 |

**PLAINTIFF'S SECOND AMENDED RESPONSES AND OBJECTIONS TO
DEFENDANT WILLIAM RITZ'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Local Rule 104(6), Plaintiff the Estate of Malcolm J. Bryant amends its objections and responses to Defendant William Ritz's First Set of Interrogatories dated May 8, 2020. Additions or changes made since Plaintiff's initial responses are included below in **bold.**

**PRELIMINARY STATEMENT**

The information provided in these Responses is provided in accordance with the provisions and intent of the Federal Rules of Civil Procedure, which require the disclosure of non-privileged facts within the recipient's custody or control that may contain information relevant to claims or defenses or lead to the discovery of relevant and admissible evidence. By providing the information requested, Plaintiff does not waive any applicable privileges or evidentiary objections, nor does it submit to the instructions and definitions listed at the beginning of the Interrogatories, except as those instructions and definitions specifically conform to the requirements of the Federal Rules of Civil Procedure and applicable case law.

1

The word usage and sentence structure employed in these Reponses may be that of the Plaintiff's attorneys who assisted in the preparation of these Responses, and therefore, does not purport to be the precise language of the executing party. The objections and responses to the Interrogatories herein are based on information now available, and Plaintiff reserves the right to amend, modify, or supplement the Responses if it obtains additional responsive information.

## AMENDED OBJECTIONS AND RESPONSES TO INTERROGATORIES

1.      Identify all persons who may have personal knowledge of any fact alleged in the pleadings or relating to the occurrence and state the subject matter of the personal knowledge. Possessed by each such person along with the individual's last known contact information.

**AMENDED RESPONSE:** Plaintiff objects to this interrogatory as overbroad and unduly burdensome in that it asks Plaintiff to identify "all" persons who may have personal knowledge of "any" fact "alleged in the pleadings or related to the occurrence." Plaintiff further objects that this interrogatory is premature, as discovery in this case is in its early stages, and Plaintiff has not received complete responses to its requests for production of documents or subpoenas. Plaintiff further objects that "occurrence" is vague and ambiguous. Plaintiff further objects to this interrogatory to the extent it calls for the provision of information already available and known to Defendants and their counsel. Plaintiff further objects to this interrogatory as overbroad and unduly burdensome to the extent it requests Plaintiff to provide, for every person, their "present or last known address," and their "present or last known place of employment." To the extent known, Plaintiff provides the name, last known contact information of, and the subject matter of the personal knowledge possessed by each person. Subject to and without waiving these objections, and reserving its right to amend and/or supplement this response at a later date Plaintiff responds that, on information and belief, the persons who may have personal knowledge

of events related to Toni Bullock's murder, the investigation of Ms. Bullock's murder, the prosecution of Mr. Bryant, and the exoneration of Mr. Bryant are listed in **Exhibit A.**
**Additionally, for those persons who have been deposed in this case, Plaintiff directs Defendants to those persons' deposition transcripts for additional subject areas of personal knowledge relating to this case.**

**Plaintiff does not construe this request to seek identification of chain of custody witnesses or witnesses with personal knowledge necessary to produce, identify, authenticate, and lay the foundation for admission of records or exhibits. To the extent Defendants seek identification of such witnesses through this interrogatory, Plaintiff objects to this request as overly broad and unduly burdensome.**

Dated: March 11, 2021

/s/Amelia Green_____

Nick Brustin (admitted *pro hac vice*)
Anna Benvenutti Hoffmann (admitted *pro hac vice*)
Amelia Green (admitted *pro hac vice*)
Yasmin Dagne (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
nick@nsbcivilrights.com
anna@nsbcivilrights.com
amelia@nsbcivilrights.com
yasmin@nsbcivilrights.com
T: (212) 965-9081/ F: (212) 965-9084

Jean Zachariasiewicz (Bar No. 19734)
Chelsea J. Crawford (Bar No. 19155)
Anisha Queen (Bar No. 20766)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201
jmz@browngold.com
ccrawford@browngold.com
aqueen@browngold.com

T: (410) 962-1030/ F: (410) 385-0869

*Attorneys for Plaintiff*

# EXHIBIT A

|   | Name | Subject Matter of the Personal Knowledge Possessed | Last Known Contact Information |
|---|---|---|---|
| 1. | Lamar Estep | Representative of the Estate of Malcolm Bryant, son of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | c/o counsel<br>Nick Brustin<br>Anna Benvenutti Hoffmann<br>Amelia Green<br>**Yasmin Dagne**<br>Neufeld Scheck & Brustin, LLP<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 965-9081<br><br>Jean Zachariasiewicz<br>Chelsea Crawford<br>Anisha Queen<br>Brown Goldstein & Levy, LLP<br>120 E Baltimore St #1700<br>Baltimore, MD 21202<br>(410-962-1030) |
| 2. | Malique Bryant | Representative of the Estate of Malcolm Bryant, son of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | c/o counsel<br>Nick Brustin<br>Anna Benvenutti Hoffmann<br>Amelia Green<br>**Yasmin Dagne**<br>Neufeld Scheck & Brustin, LLP<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>(212) 965-9081<br><br>Jean Zachariasiewicz<br>Chelsea Crawford<br>Anisha Queen<br>Brown Goldstein & Levy, LLP<br>120 E Baltimore St #1700<br>Baltimore, MD 21202<br>(410-962-1030) |
| 3. | William Ritz | Defendant and lead Baltimore Police Department ("BPD") detective in the | c/o counsel<br>Avi Kamionski<br>Shneur Nathan |

|   |   |   |   |
|---|---|---|---|
|   |   | Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | Theresa Concepcion Matthew McCarter Nathan & Kamionski, LLP 201 North Charles Street, Suite 1202 Baltimore, MD 21201 (410) 885-4340 |
| 4. | Barry Verger | Defendant and forensic analyst for the BPD in the Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | c/o counsel Avi Kamionski Shneur Nathan Theresa Concepcion Matthew McCarter Nathan & Kamionski, LLP 201 North Charles Street, Suite 1202 Baltimore, MD 21201 (410) 885-4340 |
| 5. | **Tyeisha** Powell | Interviewed in the Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | **c/o counsel Candes Daniels Law Firm of Candes A.W. Daniels, LLC 6400 Baltimore National Pike, #473 Catonsville, MD 21228 (410) 800-4847** |
| 6. | Latoya Scott | Testified at Malcolm Bryant's trial. |   |
| 7. | Marie Bullock | Sister of Toni Bullock. Interviewed in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. |   |
| 8. | Darlene Stokes Daniels | Mother of Toni Bullock. Interviewed in Toni Bullock homicide investigation. |   |
| 9. | Franklin Darryl Wills | Testified at Malcolm Bryant's trial. |   |
| 10. | Antonio Brooks | Testified at Malcolm Bryant's trial. **Personal knowledge of Mr. Bryant's damages.** |   |

| | | | |
|---|---|---|---|
| 11. | David Wilson | Testified at Malcolm Bryant's trial. | |
| 12. | Dante Bailey | Testified at Malcolm Bryant's trial. | |
| 13. | Samuel Richard Jackson | Cousin of Malcolm Bryant. Testified at Malcolm Bryant's trial. | |
| 14. | Christina Helmsly | Testified at Malcolm Bryant's trial. | |
| 15. | Daa'iyah Bryant | Sister of Malcolm Bryant. Testified at Malcolm Bryant's trial. **Personal knowledge of Mr. Bryant's damages.** | |
| 16. | Anne Bryant Burell | Mother of Malcolm Bryant. Testified at Malcolm Bryant's trial. **Personal knowledge of Mr. Bryant's damages.** | |
| 17. | Renaldo Ritch | Interviewed in Toni Bullock homicide investigation. | |
| 18. | Richard M. Ritch, Sr. | Interviewed in Toni Bullock homicide investigation. | |
| 19. | Kimberly Ann Demory | Interviewed in Toni Bullock homicide investigation. | |
| 20. | Calvin Coolidge Murray, Jr. III | Interviewed in Toni Bullock homicide investigation. | |
| 21. | Allen Edison | Interviewed in Toni Bullock homicide investigation. | |
| 22. | John Stefanelli | BPD employee involved in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | |
| 23. | Cynthia Lum | BPD employee involved in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | |
| 24. | Michael J. Lind | BPD employee involved in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | |

| 25. | Edward Rigby | BPD employee involved in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | |
|-----|--------------|---------------------------------------------------------------------------------------------------|---|
| 26. | Franklin Sanders | BPD employee involved in Toni Bullock homicide investigation. Testified at Malcolm Bryant's trial. | |
| 27. | Steven Lehmann | BPD employee involved in Toni Bullock homicide investigation. | |
| 28. | John T. Brown | BPD employee involved in Toni Bullock homicide investigation. | |
| 29. | John Thanner | BPD employee involved in Toni Bullock homicide investigation. | |
| 30. | Cliff Macer | BPD employee involved in Toni Bullock homicide investigation. | |
| 31. | John Barrick | BPD employee involved in Toni Bullock homicide investigation. | |
| 32. | Homer Pennington | BPD employee involved in Toni Bullock homicide investigation. | |
| 33. | **Margarita** A. **Korell** | Assistant Medical Examiner **from Maryland Office of the Chief Medical Examiner** who autopsied Toni Bullock. Testified at Malcolm Bryant's trial. | |
| 34. | **Cathryn Shannon (formerly Cathryn Braunstein)** | Maryland State Police chemist who performed **DNA** analysis in the Toni Bullock homicide investigation. **The prosecution and defense** submitted stipulation to results at Malcolm Bryant's trial. | |
| 35. | Larry Rogers | Represented Malcolm Bryant at his pre-trial suppression hearing and through his criminal trial in 1999. | Law Firm of Cal Stafilatos 200 East Lexington Street, Suite 300 Baltimore, MD 21202 (410) 276- 4357 |

| | | | |
|---|---|---|---|
| 36. | Michelle Nethercott | Represented Malcolm Bryant in post-conviction proceedings. | |
| 37. | Sharon Holback | Baltimore **City** Assistant State's Attorney **who** represented the state against Malcolm Bryant in post-conviction proceedings. Likely to have discoverable information regarding those proceedings. | |
| 38. | David Mabrey | Baltimore **City** Assistant State's Attorney during criminal trial. Prosecuted Malcolm Bryant at his criminal trial. | **c/o counsel Wendy L. Shiff Assistant Attorney General Office of the Attorney General Civil Litigation Division 200 Saint Paul Place Baltimore, Maryland 21202 (410) 576-6996 (443) 610-0228** |
| 39. | Victoria Wash | Baltimore **City** Assistant State's Attorney during investigation of the Toni Bullock homicide. Helped prepare the case against Malcolm Bryant prior to his criminal trial. | **c/o counsel Wendy L. Shiff Assistant Attorney General Office of the Attorney General Civil Litigation Division 200 Saint Paul Place Baltimore, Maryland 21202 (410) 576-6996 (443) 610-0228** |
| **40.** | **Mark Profili** | **BPD employee involved in Toni Bullock homicide investigation.** | |
| **41.** | **Linda Taylor** | **Godmother of Toni Bullock and sister of Paul Taylor. Interviewed as part of Baltimore City State's Attorney's post-conviction reinvestigation of Toni Bullock homicide.** | |
| **42.** | **Paul Taylor** | **Brother of Linda Taylor. Interviewed as part of Baltimore City State's** | |

| | | Attorney's post-conviction reinvestigation of Toni Bullock homicide. | |
|---|---|---|---|
| 43. | Andrea Borchardt | BODE employee involved in post-conviction DNA testing. | |
| 44. | Brian Murray | Quattrone Center employee involved in post-exoneration reinvestigation. | |
| 45. | John Hollway | Quattrone Center employee involved in post-exoneration reinvestigation. | |
| 46. | Peter Saar | Baltimore City Assistant State's Attorney during investigation of Toni Bullock homicide. | |
| 47. | Matthew Steipler | BPD employee involved in post-conviction DNA testing. | |
| 48. | Thomas Martin | BPD employee involved in post-conviction DNA testing. | |
| 49. | Rana Santos | BPD employee involved in post-conviction DNA testing. | |
| 50. | Dorothy Logan | Mother of Tyeisha Powell. Involved in Toni Bullock homicide investigation. | |
| 51. | Chaewanda Wilson | Interviewed in Toni Bullock homicide investigation. | |
| 52. | Ronald Johnson | Boyfriend of Chaewanda Wilson. Name listed in BPD investigative file of Toni Bullock homicide investigation. | |
| 53. | Tyesha Cabeza | Friend of Toni Bullock and Tyeisha Powell.  Present at crime scene of Toni Bullock homicide. Personal knowledge of her conversations about the Toni Bullock homicide. | |
| 54. | Ricky Savoy | Brother of Tyesha Cabeza. Personal knowledge of his conversations about the Toni Bullock homicide. | |

| 55. | Rashard Jackson | Name provided to Detective William Ritz during Toni Bullock homicide investigation as person with information about Toni Bullock homicide. | |
|---|---|---|---|
| 56. | Lauren Lipscomb | Chief of Conviction Integrity Unit. Involved in Baltimore City State's Attorney post-conviction reinvestigation of Toni Bullock homicide. | c/o counsel Wendy L. Shiff Assistant Attorney General Office of the Attorney General Civil Litigation Division 200 Saint Paul Place Baltimore, Maryland 21202 (410) 576-6996 (443) 610-0228 |
| 57. | Justin Esworthy | Represented Malcolm Bryant in post-conviction proceedings. | |
| 58. | Mukhwana Bryant | Sister of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | |
| 60. | Melvina Melvin | Cousin of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | |
| 61. | Yinka Bryant | Cousin of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | |
| 62. | Debria Hendricks | Niece of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | |
| 63. | William Bryant | Uncle of Malcolm Bryant. Personal knowledge of Mr. Bryant's damages. | |

## CERTIFICATE OF SERVICE

I, Yasmin Dagne, hereby certify that on March 11, 2021, true and correct copies of Plaintiff's Second Amended Responses and Objections to Defendant William Ritz's First Set of Interrogatories were served via electronic mail to:

Avi Kamionski
Shneur Nathan
Theresa Concepcion
Matthew McCarter
Mayer Engelsberg
NATHAN & KAMIONSKI LLP
201 N. Charles St., Suite 1202
Baltimore, MD 21201
akamionski@nklawllp.com
snathan@nklawllp.com
tconcepcion@nklawllp.com
mmccarter@nklawllp.com
mengelsberg@nklawllp.com

*Attorneys for Individuals Defendants*

Justin Conroy
Kara Lynch
Natalie Amato
Kyle Ashe
Baltimore City Department of Law
100 N. Holliday St., Suite 101
Baltimore, MD 21202
natalie.amato@baltimorecity.gov
kara.lynch@baltimorepolice.org
justin.conroy@baltimorepolice.org
kyle.ashe@baltimorepolice.org

*Attorneys for Baltimore Police Department*

/s/ Yasmin Dagne