# Bald Sketch Evolution Demonstrative Exhibit

Ex 15


**BPD File**


**SAO File**


First Underlined Copy

**Rogers (Defense Atty) File**


Same Underline


Same Underline


**Nethercott (PC Atty) File**


**Plaintiff Stamps "BPD MPIA" File**

Exhibit # **Nethercott 15**
2/4/21