| | |
|---|---|
| **From:** | Yasmin Dagne <yasmin@nsbcivilrights.com> |
| **Sent:** | Thursday, November 5, 2020 9:55 PM |
| **To:** | Shneur Nathan |
| **Cc:** | Avi Kamionski; Theresa Concepcion; Matthew McCarter; Mayer Engelsberg; Conroy, Justin; Amato, Natalie; Kara Lynch; Jennifer Alcala; Jill Byczek; Amelia Green; Jahne Brown; Anna Benvenutti Hoffmann; Nick Brustin; Jean M. Zachariasiewicz; Anisha Queen; Chelsea J. Crawford; Joshua R. Treem; Nira Pughsley |
| **Subject:** | Re: Estate of Malcolm Bryant v. BPD: Ps Response to Indv Defs 2d RFP |

Yes, we added the Bates numbering.

=n Thu, Nov 5, 2020 at 9:28 PM Shneur Nathan <snathan@nklawllp.com> wrote:

> Yasmin,
> =br>
> Please clarify whether your office added the Bates numbering=to BPD MPIA000001–001034. Thank you.
>
> Shneur Nathan
> Nathan & Kamionski LLP
> 312-612-1955<=r>snathan@nklawl=p.com
>
>> On Oct 21, 2020, at 7:53 PM, Yasmin Dagne <yasmin@nsbcivilrights.com>= wrote:
>>
>> Counsel:
>>
>> You should have re=eived an email invitation from Nextpoint to download Plaintiff's respo=se to Defendant Ritz and Verger's Second Request for Production. N=te that the invitation will expire in 14 days. Please use your name and em=il to access the documents.
>>
>> This production contains the foll=wing documents: Bryant NSB 008845–008846 and BPD MPIA000001Ð93001034. Attached is an updated privilege log and cover letter.½A0
>>
>> Thanks,
>> Yasmin
>>
>> --
>> <=iv dir="ltr">
>> Yasmin Dagne
>> Johnnie L. Cochran, Jr. F=llow
>> Neufeld Scheck & Brustin, LLP
>> 99 Hudson St., =th Floor | NYC 10013
>> T: (212) 965-9081 | F: (212) 965-9084
>> =div>www.nsbci=ilrights.com
>> <Bryant_Ps Response to Indv Defs 2d RFP_vF.pdf><Bryant_Ps Updated Privilege Log dated 10_21_2020_vF.pdf><2020_10_21 P's Response to Ritz and Verger 2d RFP_Cover Lett=r_vF.pdf>
>>
>> <=div>

1

--
~~Yasmin Dagne~~
~~Johnnie L. Cochran, Jr. Fellow~~
~~Neufeld Schec= & Brustin, LLP~~
~~99 Hudson St., 8th Floor | NYC 10013~~
~~T: (212) 965-9081 | F: (212) 965-9084~~
www.nsbcivilrights.com
~~<=div>~~

2