UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
(410) 962-2577 FAX
MDD_DLBChambers@mdd.uscourts.gov

May 10, 2021

RE: *Estate of Malcolm Bryant v. Baltimore City Police Department*
ELH-19-384

**LETTER ORDER**

Dear Counsel,

      A discovery conference is scheduled for Wednesday, May 19, 2021, at 2 p.m. The conference will be held via Zoom, and it will be on the record. The Clerk's Office will circulate a Zoom link. The conference will address the five new disputes about which you will be submitting position letters this week, as well as the applicability of the crime–fraud exception to the attorney–client privilege to the bald sketch documents. The parties may submit letter briefs on the crime–fraud exception, identifying relevant case law and arguing its applicability, by Friday, October 14, 2021. The letters shall not exceed three single-spaced pages.

      Although informal, this is an Order of the Court and shall be docketed as such.

/S/
Deborah L. Boardman
United States Magistrate Judge