# Exhibit 3



STATE OF MARYLAND

**OFFICE OF THE PUBLIC DEFENDER**
**INNOCENCE PROJECT**
**201 E. BALTIMORE STREET, SUITE 1600**
**BALTIMORE, MARYLAND 21202**
*Ph. (410) 223-3751     Fax (410) 223-3787*
*Toll Free: 1 (877) 430-5187*

**ROBERT L. EHRLICH JR.**
GOVERNOR

NANCY S. FORSTER
PUBLIC DEFENDER

CHARLENE D. DUKES
DEPUTY PUBLIC DEFENDER

MICHELE NETHERCOTT
CHIEF ATTORNEY

January 31, 2006

Mr. Jordan Watts, Esq.
Baltimore City Police Legal Office
242 W. 29th Street
Baltimore, MD 21201-2908

Re:   Maryland Public Information Act Request

I am requesting access to all records contained in Baltimore City Police Department homicide files relating to the death of Toni Bullock, date of death November 20, 1998. This request specifically includes but is not limited to, all records contained within the homicide file, including hand written notes, witness statements, summary reports, and photographs. The Baltimore City Police Department case number relating to this matter is **98-3K-14033**. The Homicide Case number is **H98269**.

This request is made on behalf of Mr. Malcolm Jabbar Bryant, a "person in interest" as defined by Maryland Public Information Act, § 10-611. Furthermore, because this matter was closed with the conviction of Mr. Bryant, release of these documents will not prejudice an investigation pursuant to MPIA, § 10-618. Please forward all responsive materials to:

Ms. Michele Nethercott
Office of the Public Defender
201 E. Baltimore Street; Suite 1610
Baltimore, MD 21202

Pursuant to the MPIA, please respond within 10 days letting me know that you have received this request and whether the material is available. If you have questions about this matter please contact me at 410-223-3790. Thank you for your assistance with this matter.

Sincerely,

Michele Nethercott
Office of the Public Defender

MN/lg

Maryland Relay - 711 or 1-800-735-2258 for callers outside the State of Maryland

Nether000781

Bryant NSB 002627