

**/SPECT:**
:k male in his mid 20's, med. bro[...]  5'-10" to 5'-11", med length bush
: style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
·ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

**NARD:** METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

**Nether000266**

Bryant NSB 002093



;PECT:
male in his mid 20's, med. brown skin, [...] 5'-10" to 5'-11", med length bush
tyle, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
tyled jacket. The suspect was are with a knife. He fled the scene in an unknown
ion. He should be considered armed and dangerous.

NE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
USPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
MORE POLICE DEPARTMENT AT 410-396-2100.

'ARD: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
)0 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

Nether000267

Bryant NSB 002094



**JSPECT**:
ck male in his mid 20's, med. brown skin complexion, 5'-10" to 5'-11", med length bush
r style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
'f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ection. He should be considered armed and dangerous.

'ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
: SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
.TIMORE POLICE DEPARTMENT AT 410-396-2100.

**WARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
)0.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

**Nether002985**

Bryant NSB 002132



**ISPECT**:
ck male in his mid 20's, med. bro[wn skin]           5'-10" to 5'-11", med length bush
 style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

**WARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

Nether000210

Bryant NSB 002133



**USPECT**:

ack male in his mid 20's, med. brown   5'-10" to 5'-11", med length bush
ir style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
ff styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ection. He should be considered armed and dangerous.

YONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
E SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
LTIMORE POLICE DEPARTMENT AT 410-396-2100.

**WARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
00.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

**Nether000705**

Bryant NSB 002736