

# Transcript of Michele Nethercott, 30(b)(6)

**Date:** April 14, 2021
**Case:** Estate of Bryant, et al. -v- Baltimore Police Department, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF MARYLAND
 3    _____x
 4    The Estate of MALCOLM J. BRYANT,    :
 5    Lamar Estep & Malique Bryant,       :
 6    Co-Personal Representatives,        :
 7             Plaintiffs,                :
 8    vs.                                 :   No. 19-cv-384
 9    BALTIMORE POLICE DEPARTMENT,        :
10    et al.,                             :
11             Defendants,                :
12    _____ x
13
14          30(b)(6) DEPOSITION OF MICHELE NETHERCOTT
15                       Conducted Virtually
16                    Wednesday, April 14, 2021
17                        10:07 A.M. (MST)
18
19
20    Job No.:  364171
21    Pages:  1-159
22    Reported by:  Crystal Hereford, RPR
```

```
 1            Deposition of MICHELE NETHERCOTT,
 2    conducted virtually.
 3
 4
 5
 6            Pursuant to notice, before
 7    CRYSTAL HEREFORD, Registered Professional
 8    Reporter, Certificate No. 30819, and Arizona
 9    Certified Shorthand Reporter, Certificate
10    No. 50893.
11
12
13
14
15
16
17
18
19
20
21
22
```

```
 1         objection.
 2   BY ATTORNEY KAMIONSKI:
 3         Q.    Now, you mentioned that one of
 4   the items that you believe were Brady
 5   material was a sketch with ears, that was
 6   bald.
 7               Is that correct?
 8         A.    Yes.
 9         Q.    And your recollection is you
10   obtained this sketch that was bald from the
11   Baltimore Police Department in response to
12   your MPIA request in 2006?
13         A.    Correct.
14         Q.    Okay.
15               And are you sure, as you sit
16   here today, that's where it came from, as
17   opposed to materials that Malcolm sent you?
18               ATTORNEY BRUSTIN:  Objection to
19       form.
20               Go ahead.
21               THE WITNESS:  Yes, I am
22       certain.
```

```
1   BY ATTORNEY KAMIONSKI:
2        Q.   Okay.
3             Now, look at No. 18 and No. 19.
4   I'll do No. 18 first.  Let me share this
5   screen.
6             (Indicating) Here is No. 18.
7   You can just look at the screen.  That's
8   fine.  You don't have to pick it up if you
9   don't want to pick it up.
10       A.   It's okay.
11       Q.   This is No. 18, and it's
12  NETHER00266 and Bryant NSB002093.
13            Do you see that?
14       A.   I do.
15       Q.   And this is -- your
16  recollection is that you received this from
17  the Baltimore Police Department in response
18  to your MPIA request, correct?
19       A.   Correct.
20       Q.   And I think we are up to
21  Exhibit No. 5.
22            So this is going to be Exhibit
```

```
 1   No. 5.
 2              (THEREUPON, Exhibit 5 was
 3       marked by the court reporter.)
 4   BY ATTORNEY KAMIONSKI:
 5       Q.   Exhibit 5.  And I'm now going
 6   to put up -- I'm going to try to put it up
 7   together.  This is No. 19.  Hold on one
 8   second.  Let me take some other things off
 9   my screen.  I will mark this as Exhibit 6.
10              (WHEREUPON, Exhibit 6 was
11   marked by the court reporter.)
12              Just hang on a second.  I'm
13   just putting them both together.
14              So we have Exhibit 5 is
15   NETHER0266.
16              And Exhibit 6 is NETHER267.
17              Do you see them both?
18       A.   I do.
19       Q.   Okay.
20              Do you know which -- do you see
21   how this version (indicating) has more of
22   the W and the -- and the U -- or S over
```

```
1    here on the side, whereas Exhibit 6 doesn't
2    have that; it's cut off?
3                ATTORNEY BRUSTIN:  Objection to
4         form.
5    BY ATTORNEY KAMIONSKI:
6         Q.    Can you see -- can you tell
7    that, what I'm referring to?
8         A.    I think so.
9         Q.    Just in case, I will zoom in,
10   just so that you know what I'm talking
11   about.
12               Here is one version
13   (indicating), and here is the other
14   version.
15               You see how they are a little
16   different?
17               ATTORNEY BRUSTIN:  Objection to
18        form.
19               ATTORNEY KAMIONSKI:  Ms.
20        Nethercott, can you see how --
21               (Simultaneous conversation.)
22               THE WITNESS:  Yes.  Yes.
```

```
1    BY ATTORNEY KAMIONSKI:
2        Q.    -- Number 5 and 6 are
3    different?
4        A.    Uhm-hmm.
5        Q.    You have to -- you have to also
6    speak audibly for the deposition.
7        A.    Right.  Yes.
8        Q.    And do you know which of these
9    versions you received from the Baltimore
10   Police Department?
11              ATTORNEY BRUSTIN:  Objection to
12         form.
13              THE WITNESS:  I can answer
14         that?
15              ATTORNEY BRUSTIN:  Yes.  Unless
16         I tell you not to, please go ahead.
17              THE WITNESS:  To the best of my
18         recollection, what I received was the
19         one -- I don't know what exhibit you
20         have it as -- the one on the right,
21         which was very, if you look at it,
22         it's difficult to -- it's very dark,
```

```
 1            and I believe I copied that to see if
 2            I could lighten it up.  But it would
 3            have been 5 that I received.
 4   BY ATTORNEY KAMIONSKI:
 5       Q.   So your testimony is you
 6   received 5, and that you created Exhibit
 7   No. 6?
 8       A.   No, I didn't create --
 9            (Simultaneous conversation.)
10            ATTORNEY BRUSTIN:  Object to
11       form.
12            THE WITNESS:  I simply copied
13       it and tried to get a lighter
14       reproduction so I could get a better
15       sense of the face, because it was
16       very dark.
17            So I didn't generate -- I
18       didn't manufacture it.  I simply
19       copied it and tried to get it
20       lightened up.
21   BY ATTORNEY KAMIONSKI:
22       Q.   Okay.
```

Ex 5

Exhibit #
Nethercott 5
2/4/21



**/SPECT**:
:k male in his mid 20's, med. brown skin, 5'-10" to 5'-11", med length bush
style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

**WARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

Nether000266

Bryant NSB 002093