

UBIP (BPD MPIA) 000677

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
CIB FLYER# 98-143
CC#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



**SUSPECT**:
black male in his mid 20's, med. brown skin complexion, 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

**REWARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO $,000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER



**ISPECT**:
ck male in his mid 20's, med. bro[...] 5'-10" to 5'-11", med length bush
style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

**WARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 000679

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
IB FLYER# 98-143
CC#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



### SUSPECT:
black male in his mid 20's, med. brown skin, med. build, 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

### REWARD: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 000680

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
˜IB FLYER# 98-143
C#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



545-8090
           91
LT.
209-4402
        03

## SUSPECT:

black male in his mid 20's, med. brown skin, med. build, 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

## REWARD: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO 000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 000681



UBIP (BPD MPIA) 001590



UBIP (BPD MPIA) 001591

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
CIB FLYER# 98-143
CC#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



**SUSPECT**:
black male in his mid 20's, med. bro[wn complexion,] 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

**REWARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO $,000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER



**ISPECT**:
ck male in his mid 20's, med. bro          5'-10" to 5'-11", med length bush
 style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

**NARD:** METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 001593



/SPECT

:k male in his mid 20's, med. bro............5'-10" to 5'-11", med length bush
· style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length
f styled jacket. The suspect was are with a knife. He fled the scene in an unknown
ction. He should be considered armed and dangerous.

ONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF
SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT,
TIMORE POLICE DEPARTMENT AT 410-396-2100.

/VARD: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO
).00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
IB FLYER# 98-143
CC#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



**SUSPECT**:
black male in his mid 20's, med. brown skin, med build, 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

**REWARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO $000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 001595

POLICE DEPARTMENT
BALTIMORE, MARYLAND

21 November 1998
CIB FLYER# 98-143
CC#98-3K14033
H98 269

# WANTED FOR MURDER

BELOW IS A COMPOSITE OF A SUBJECT WANTED FOR THE STABBING DEATH OF *TONI BULLOCK* WHICH OCCURRED IN THE 1300 BLK HARFORD AVE. ON 20 NOVEMBER 98 AT 2037 HRS.



*345.8090 91*
*LT.*
*209-4402 03*

**SUSPECT**:
black male in his mid 20's, med. brown skin, med. build, 5'-10" to 5'-11", med length bush hair style, slight beard, wearing a red tee shirt, blue jeans and a dark colored waist length puff styled jacket. The suspect was are with a knife. He fled the scene in an unknown direction. He should be considered armed and dangerous.

ANYONE HAVING INFORMATION RELATIVE TO THIS INCIDENT OR IDENTITY OF ANY OF THE SUSPECT IS ASKED TO CONTACT *DETECTIVE WILLIAM RITZ* OF THE HOMICIDE UNIT, BALTIMORE POLICE DEPARTMENT AT 410-396-2100.

**REWARD**: METRO CRIME STOPPERS, TEL#276-8888, WILL OFFER CASH REWARDS UP TO $,000.00 FOR INFORMATION LEADING TO THE ARREST OR INDICTMENT OF THE SUBJECTS.

AUTHORITY,
THOMAS C. FRAZIER, COMMISSIONER

UBIP (BPD MPIA) 001596