IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| The Estate of MALCOLM J. BRYANT, <br> Lamar Estep & Malique Bryant <br> Co-Personal Representatives <br><br> Plaintiffs, <br><br> v. <br><br> BALTIMORE POLICE DEPARTMENT, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 19-cv-384 <br><br><br><br><br><br> Judge Ellen L. Hollander |

### MOTION FOR LEAVE TO FILE ELECTRONIC MEDIA

Exhibits 6 and 7 which are attachments to Individual Defendants' Position Paper re Treem and Student Depositions (ECF 184) cannot be converted to PDF format and filed electronically. They exist on a CD. Individual Defendants move for leave to file the CD containing the electronic media with the Clerk's Office in its physical format.

                                              Respectfully submitted,

Dated: May 17, 2021                              /s/

                                              Avi T. Kamionski, Bar No. 20703
                                              Shneur Nathan, Bar No. 20707
                                              Theresa Concepcion, Bar No. 21143
                                              Matthew J. Mc Carter, Bar No.21032
                                              Michael J. Elliker, Bar No. 20810
                                              Jasmine R. England-Caesar, Bar No. 21515
                                              Nathan & Kamionski LLP
                                              33 W. Monroe St., Suite 1830
                                              Chicago, IL 60603
                                              Tel: (312) 612-1955
                                              akamionski@nklawllp.com
                                              snathan@nklawllp.com
                                              tconcepcion@nklawllp.com
                                              mmccarter@nklawllp.com
                                              melliker@nklawllp.com
                                              jasmine@nklawllp.com
                                              *Attorneys for William Ritz and Barry Verger*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 17, 2021, a copy of the foregoing was filed with the United States District Court for the District of Maryland by electronic filing. All counsel of record being served via the Court's electronic filing system.

                                            */s/ Avi T. Kamionski*