

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

June 11, 2021

**BY ECF**
Hon. Deborah L. Boardman
United States District Court
101 West Lombard Street, 3C
Baltimore, Maryland 21201

> **Re: The Estate of Malcolm Bryant v. Baltimore Police Department, et al., Civil Action No. ELH-19-00384**

Dear Judge Boardman:

      Pursuant to the Court's letter order (D.E. 200), the parties met and conferred on June 9, 2021, and write to provide an update on two matters described in the order.

      First, regarding the witness described in Exs. A & B (D.E. 200-1 and 200-2) to the court's order, the parties agree to stipulate to the witness's unavailability but reserve the right to subpoena this witness to testify at a later date (i.e., at trial). The parties also agree to consent to a deposition of the witness out of time by the opposing party if either party calls this witness to trial. By stipulating to this witness's unavailability, Plaintiff does not agree to the admissibility of this witness's 1999 trial testimony at any civil trial and reserves all other objections.

      Second, Defendants consent to Plaintiff's deposition of the recently disclosed witness. The parties agree to split the deposition time, with Plaintiff questioning the witness for up to five hours and any remaining time allotted for Defendants. The parties also agree that Plaintiff will question the witness first.

      The parties appreciate the Court's consideration of these matters.

Thanks,
/s/ Yasmin Dagne

Yasmin Dagne

*Attorney for the Estate of Malcolm Bryant*

/s/ Mike Elliker

Mike Elliker

*Attorney for Individual Defendants*
