

**Avi Kamionski**
*Partner*
akamionski@nklawllp.com
T: (312) 612-1928
F: (312) 448-6099

**VIA ELECTRONIC COURT FILING**                                                July 15, 2021

Hon. Deborah L. Boardman
United States District Court
101 West Lombard Street, 3C
Baltimore, Maryland 21201

      **Re: The Estate of Malcolm Bryant v. Baltimore Police Department, et al., Civil Action No. ELH-19-00384**

Dear Judge Boardman:

      Pursuant to your Letter Order of July 3, 2020 (ECF 81), we write regarding two discovery disputes that the parties have been unable to resolve despite good-faith efforts to do so. Because these disputes are time-sensitive as they relate to the July 26, 2021 deadline for Defendants to disclose their expert reports under Rule 26(a)(2), the parties have agreed to submit position papers later today.

      First, there is a dispute about the notices of deposition for all five of Plaintiff's experts that Defendants served on July 14, 2021. The parties met and conferred by telephone on July 14, 2021, but have been unable to resolve the dispute.

      Second, there is a dispute about additional discovery Defendants seek related to the report of Plaintiff's psychiatric expert, Dr. Susan Rushing, concerning Plaintiff's damages. The parties met and conferred over this dispute on July 6, 2021, and July 14, 2021, but have been unable to resolve their disputes.

      The parties request a total of three pages to set out their respective positions on the issues above.

      Respectfully,

      _____/s/_____
Avi T. Kamionski, Bar No. 20703
Shneur Nathan, Bar No. 20707
Theresa Concepcion, Bar No. 21143
Michael J. Elliker, Bar No. 20810
Jasmine R. England-Caesar, Bar No. 21515
Nathan & Kamionski LLP
575 S. Charles Street Suite 402
Baltimore, MD 21201
T: (312)612-1928

snathan@nklawllp.com
akamionski@nklawllp.com
tconcepcion@nklawllp.com
melliker@nklawllp.com
jasmine@nklawllp.com
*Attorneys for Defendants William Ritz and Barry Verger*

Natalie R. Amato (Bar No. 20749)
Justin S. Conroy (Bar No. 28480)
Kara K. Lynch (Bar No. 29351)
Kyle A. Ashe (Bar No. 21551)
Baltimore City Law Department
Office of Legal Affairs
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
T: (410) 396-2495/F: (410) 396-2126
natalie.amato@baltimorecity.gov
justin.conroy@baltimorepolice.org
kara.lynch@baltimorepolice.org
kyle.ashe@baltimorepolice.org
*Attorneys for Baltimore Police Department*

Nick Brustin (Pro hac vice)
Anna Benvenutti Hoffmann (Pro hac vice)
Amelia Green (Pro hac vice)
Yasmin Dagne (Pro hac vice)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
nick@nsbcivilrights.com
anna@nsbcivilrights.com
amelia@nsbcivilrights.com
yasmin@nsbcivilrights.com
T: (212) 965-9081/ F: (212) 965-9084
*Attorneys for Plaintiff*

Jean Zachariasiewicz (Bar No. 19734)
Chelsea J. Crawford (Bar No. 19155)
Anisha S. Queen (Bar No. 20766)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21201

2

        jmz@browngold.com
        ccrawford@browngold.com
        aqueen@browngold.com
        T: (410) 962-1030/ F: (410) 385-0869
        *Attorneys for Plaintiff*