IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE ESTATE OF MALCOLM J. BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Civil Action No. ELH-19-00384 |

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order filed August 3, 2021, it is hereby this 3rd day of August, 2021,

**ORDERED** that the motion is **GRANTED** as follows:

1. Fourteen (14) days after the Court's ruling on summary judgment, the parties shall submit a proposed schedule for depositions of Defendants' experts or request a scheduling conference to do so, and

2. Plaintiff may depose Defendants' experts after the Court's summary judgment ruling but before trial.

_____
Hon. Deborah L. Boardman
United States District Judge