IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE ESTATE OF MALCOLM J. BRYANT,<br><br>Plaintiff,<br><br>v.<br><br>BALTIMORE POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Civil Action No. LKG-19-00384 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order, *see* ECF Nos. 56, 161, Plaintiff, the Estate of Malcolm J. Bryant, and Defendants William Ritz and Barry Verger ("Individual Defendants"), and the Baltimore Police Department (collectively "the Parties") jointly submit this status report.

**I.     Discovery**

**A.  Fact Discovery**

Fact discovery closed on June 4, 2021. *See* ECF No. 161. However, Plaintiff and the Individual Defendants have agreed that the Individual Defendants may depose witness Latoya Scott if Plaintiff decides to call Ms. Scott as a witness at trial. The only other outstanding discovery is the Parties' requests for admission. The deadline to serve all requests for admission is September 27, 2021. *See* ECF No. 161. Plaintiff intends to serve requests for admission on the Individual Defendants on or before that date.

On September 15, 2021, the Individual Defendants served Plaintiff with Defendant Ritz's Second Set of Requests for Admission and Defendant Barry Verger's First Set of Requests for Admission, for a total of 45 requests for admission.

**B. Expert Discovery**

During the expert discovery period, Plaintiff disclosed five experts and their reports: Charlotte Word, Ph.D., Jennifer Dysart, M.D., Priya Banerjee, M.D., Susan Rushing, M.D., and Alan Keel. The Individual Defendants disclosed twelve experts: Brian Peterson, M.D., Diana J. Mears, Gary C. Harmor, Robert J. Milan, Rolando M. Carol, Ph.D., Roy S. Malpass, Ph.D., Colin G. Tredoux, Ph.D, Steven Gaskell, Psy.D., Rana A. DellaRocca, M.S., M.P.A., D-ABC, Michael A. Knox, Ph.D., Joe Gamble, and Christopher Solomon, Ph.D. Given the total number of the Individual Defendants' experts and Plaintiff's position that it did not need to depose these experts in order to respond to any summary judgment motion, the parties jointly moved to amend the scheduling order to allow Plaintiff to depose the Individual Defendants' experts after the Court has issued its ruling on summary judgment but before trial. *See* ECF No. 214. The Court granted the parties' motion on August 3, 2021, and ordered that fourteen days after its ruling on summary judgment, the Parties must submit a proposed deposition schedule or request a scheduling conference. *See* ECF No. 215.

Plaintiff also served rebuttal reports on the Individual Defendants pursuant to the Scheduling Order and issued records subpoenas to the Individual Defendants' experts seeking the experts' notes, billing records, and other professional materials. The Individual Defendants produced records pursuant to these subpoenas on September 6, 2021.

The Individual Defendants deposed four of Plaintiff's five experts (Charlotte Word, Ph.D., Jennifer Dysart, M.D., Priya Banerjee, M.D., and Alan Keel). The Individual Defendants also issued subpoenas to Plaintiff's experts for the production of the experts' notes and records. Plaintiff responded to the Individual Defendants' subpoenas on September 14, 2021.

**II.     Pending Motions**

There are no pending motions.

**III.    Dispositive Pretrial Motions**

The Individual Defendants intend to file dispositive motions on October 18, 2021. *See* ECF No. 161.

**IV.    Trial**

Plaintiff has requested a jury trial, though the Court has not yet set a trial date. The Parties anticipate that a trial in this matter will take approximately two weeks.

**V.     Settlement Negotiations**

The Parties participated in a settlement conference with then-Magistrate Judge Deborah Boardman on December 1, 2020.

**VI.    Settlement/ADR Conference**

The Parties do not request another settlement conference at this time.

**VII.   Proceeding Before United States Magistrate Judge**

The Parties do not consent to proceed before a United States Magistrate Judge for all further proceedings in this matter.

**VIII.  Other Matters**

There are no other matters that the Parties believe should be brought to the Court's attention at this time.

Dated: September 20, 2021                Respectfully submitted,

                                                            /s/
                                         Jean Zachariasiewicz (Bar No. 19734)
                                         Chelsea J. Crawford (Bar No. 19155)
                                         Anisha S. Queen (Bar No. 20766)

Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
jmz@browngold.com
ccrawford@browngold.com
aqueen@browngold.com
T: (410) 962-1030/ F: (410) 385-0869

Nick Brustin (admitted *pro hac vice*)
Anna Benvenutti Hoffmann (admitted *pro hac vice*)
Amelia Green (admitted *pro hac vice*)
Yasmin Dagne (admitted *pro hac vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
nick@nsbcivilrights.com
anna@nsbcivilrights.com
amelia@nsbcivilrights.com
yasmin@nsbcivilrights.com
T: (212) 965-9081/ F: (212) 965-9084

*Attorneys for Plaintiff*

/s/
---
Avi T. Kamionski (Bar No. 20703)
Shneur Nathan (Bar No. 20707)
Theresa Concepcion (Bar No. 21143)
Michael J. Elliker (Bar No. 20810)
Jasmine R. England-Caesar (Bar No. 21515)
575 S. Charles St. Suite 402
Baltimore, MD 21201
T: (312)612-1955/F: (952)658-3011
snathan@nklawllp.com
akamionski@nklawllp.com
tconcepcion@nklawllp.com
melliker@nklawllp.com
jasmine@nklawllp.com

*Attorneys for Defendants William Ritz and Barry Verger*

/s/
---
Kara K. Lynch (Bar No. 29351)
Justin S. Conroy (Bar No. 28480)
Natalie R. Amato (Bar No. 20749)
Kyle A. Ashe (Bar No. 21551)

4

Baltimore City Law Department
100 N. Holliday Street, Room 101
Baltimore, MD 21202
kara.lynch@baltimorepolice.org
justin.conroy@baltimorepolice.org
natalie.amato@baltimorecity.gov
kyle.ashe@baltimorepolice.org

*Attorneys for Defendant Baltimore Police Department*