# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ESTATE OF MALCOLM J. BRYANT, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BALTIMORE CITY POLICE DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 19-cv-00384-LKG

Date: November 15, 2021

## SETTLEMENT ORDER (LOCAL RULE 111)

This Court has been advised by the parties that the above-captioned matter has been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111, it is hereby **ORDERED** that:

This action is **DISMISSED** and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge